■ DANIEL ONORATO, Respondent, v LAZZARO SANGIOVANNI et al., Defendants and Third-Party Plaintiffs-Appellants. SEARS, ROEBUCK & COMPANY et al., Third-Party Defendants-Respondents. [650 NYS2d 967] —Appeal by the defendants third-party plaintiffs from an order of the Supreme Court, Suffolk County (Doyle, J.), entered April 26, 1995.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Doyle at the Supreme Court. Santucci, J. P., Joy, Krausman and Florio, JJ., concur.